# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

        Plaintiff,

v.                                      Case No. 6:13-cv-1236-Orl-37DAB

JIL K. KATZ; and JOSEPH E. PAPIN, III,

        Defendants.

## ORDER

This cause is before the Court on its own motion.

On July 14, 2014, this Court granted Plaintiff's motion for summary judgment. (Doc. 83.) Though the motion requested attorney's fees, the Court found that the disposition of that request was premature on the instant record and gave Plaintiff leave to file a fully documented motion for attorney's fees on or before July 28, 2014. (*Id.* at 6–7.) That deadline came and went a week ago with no motion. Therefore, the Court **DECLINES** to award attorney's fees in this matter due to Plaintiff's failure to follow the Court's Order. *See Gulf Oil Corp. v. Olivier*, 412 F.2d 938, 946 (5th Cir. 1969) ("Though costs and attorneys' fees are ordinarily awarded to the disinterested stakeholder in an interpleader proceeding, the matter is ultimately vested within the sound discretion of the trial judge."); *see also* Fed. R. Civ. P. 54(d)(2)(B) (noting that a party typically has fourteen days after the entry of judgment to file a motion for attorney's fees, *unless* "a court order provides otherwise").

Furthermore, the Court's Order also directed Plaintiff to send a proposed form of

judgment to the Chambers email address on or before July 28, 2014. (Doc. 83, pp. 6–7.) Plaintiff has failed to adhere to this deadline, as well. Plaintiff is therefore **ORDERED** to send a proposed form of judgment in accordance with the Court's prior Order (*see id.*) on or before Tuesday, August 5, 2014. Failure to comply may result in the imposition of sanctions.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 4, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record